```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

Bryan Honey, on his own behalf and
others similarly situated,

               Plaintiff,

vs.                                 Case No.   3:06-cv-76-J-33TEM

Stafford Transport of Florida,
Inc., a Florida corporation,

               Defendant.
_____/

## ORDER

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed October 31, 2006, recommending acceptance of the parties' settlement agreement. No objections have been filed and the time to do so has expired.

    On July 26, 2006, the parties filed a Joint Motion for Approval of Settlement (Doc. # 18), requesting that the Court approve the parties' settlement and dismiss this action with prejudice. Plaintiffs' cause of action was for violations of the Fair Labor Standards Act (FLSA). (Doc. # 1.) In FLSA cases, a District Court "may enter a stipulated judgment" on the parties' settlement agreement "after scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. Dep't of Labor, 679 F.2d 1350, 1353 (11th Cir. 1982). Stipulated judgment may be entered if the settlement agreement "is a fair and reasonable resolution of a

bona fide dispute over FLSA provisions." Id. at 1355. On August 10, 2006, the Court referred this matter to the magistrate for a hearing to evaluate the fairness and reasonableness of the parties' settlement agreement. (Doc. # 19.) The magistrate conducted the hearing and found that the parties' proposed settlement agreement is a "fair and reasonable resolution of a bona fide dispute over FLSA issues . . . ." (Doc. # 23.) Accordingly, the magistrate recommended that the settlement be accepted. (Doc. # 23.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **accepted,** and stipulated judgment is hereby entered on the parties' settlement agreement.

2. The settlement is hereby approved, and Plaintiffs' action is dismissed in its entirety with prejudice.

3. The Clerk shall terminate any previously scheduled deadlines and pending motions, and close the case.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>14th</u> day of December, 2006.

                                                 VIRGINIA M. HERNANDEZ COVINGTON
                                                 UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record